UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/22/2023
```

GUY B. MEEKER JR.,

                Plaintiff,

-against-

ROCKET MORTGAGE, LLC,

                Defendant.

22-cv-10786 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff initiated this case in state court, and Defendant removed [ECF No. 1]. Thereafter, Defendant filed a motion for a more definite statement [ECF No. 4]. The parties filed a stipulation proposing that Plaintiff respond to the motion by January 31, 2023 and file any motion for remand by February 10, 2023 [EFC No. 7]. Since that time, nothing has been filed.

    Accordingly, IT IS HEREBY ORDERED that the parties shall file a joint letter informing the Court of the status of this case by June 29, 2023. If Defendant is still pressing its motion for a more definite statement, Plaintiff's opposition is likewise due June 29, 2023.

**SO ORDERED.**

**Date:  June 22, 2023**
       **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**