UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2023
```

GUY B. MEEKER JR.,

              Plaintiff,

-against-

ROCKET MORTGAGE, LLC,

              Defendant.

22-cv-10786 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

        The Court has been informed by the parties have reached a settlement [ECF Nos. 9, 10]. Accordingly, IT IS HEREBY ORDERED that the above-captioned case is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore is made by September 10, 2023. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). The motion pending at docket entry number 4 is DENIED as moot. All other dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

Date: **August 10, 2023**
      **New York, NY**

                                            */s/ Mary Kay Vyskocil*
                                            **MARY KAY VYSKOCIL**
                                            **United States District Judge**